DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAW BREWING COMPANY,**
Appellant,

v.

**PEARL PRIDE, LLC,**
Appellee.

No. 4D2025-1416

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 062021CA005061AXXXCE.

Christopher D. Cathey of Taylor Duma LLP, Miami, for appellant.

Evan D. Appell of Evan D. Appell, P.A., Boca Raton, and Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***